IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

23.3903

**SUSAN WRIGHT and**
**husband JOHN WRIGHT,**

    **Plaintiffs,**

*vs*.                                                                                               **NO.:   2:07-cv-02503**

**PROGRESSIVE DIRECT**
**INSURANCE COMPANY and**
**MOUNTAIN LAUREL ASSURANCE**
**COMPANY,**

    **Defendants.**

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

This cause came to be heard on statements of counsel for the parties to the effect that all matters in controversy have been resolved between Plaintiffs Susan Wright and husband John Wright and Defendants Progressive Direct Insurance Company and Mountain Laurel Assurance Company, and upon the request of the parties that this case be dismissed with prejudice as to Defendants Progressive Direct Insurance Company and Mountain Laurel Assurance Company.

    **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that this case be, and is hereby, dismissed with prejudice as to Defendants Progressive Direct Insurance Company and Mountain Laurel Assurance Company.  The costs in this matter are assessed against the Defendants for which let execution issue.

    s/ J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

    DATE:  February 21, 2008

**APPROVED FOR ENTRY:**


s/Jason G. Whitworth
JASON G. WHITWORTH, ESQ.
*Attorney for Plaintiffs,*
 *Susan Wright and husband John Wright*
**Law Offices of Jason G. Whitworth**
202 S. Cooper Building, Suite #4
Memphis, Tennessee  38104
(901) 729-9999
(901) 725-6004 – fax
JGWHITWORTH@GMAIL.COM



s/Nicholas E. Bragorgos
NICHOLAS E. BRAGORGOS, ESQ., #12000
*Attorney for Defendants,*
 *Progressive Direct Insurance Company*
 *and Mountain Laurel Assurance Company*
**McNabb, Bragorgos & Burgess, PLLC**
81 Monroe Avenue, Sixth Floor
Memphis, Tennessee  38103-5402
(901) 624-0640
(901) 624-0650 – fax
nbragorgos@mbb-law.com