UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

| | |
|---|---|
| **SUSAN WRIGHT, et al.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| **PROGRESSIVE DIRECT INSURANCE CO., et al,** | **CASE NO: 07-2503-B** |
| Defendants. | |

_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Consent order Of Dismissal With Prejudice entered February 21, 2008, this cause is hereby dismissed with prejudice.

**APPROVED:**


s/ J. Daniel Breen
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **February 22, 2008** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | |
| | **s/ T. Elchlepp** |
| | **(By)  Deputy Clerk** |